APPEAL No. 73-324. SUZANNE ELAINE CARON v. ROBERT CARON. Motion of appellant that her appeal be sustained pro forma is denied. The matter is assigned to the continuous argument list for hearing on her brief. *Kirshenbaum & Kirshenbaum, Alfred Factor,* for appellant.

APPEAL No. 74-140. GOODBODY & COMPANY, INC. v. ANGELO PARENTE. Motion of appellee to affirm judgment entered in Superior Court pursuant to Rule 16 (g) denied. *Adler, Pollock & Sheehan, Incorporated, Peter Lawson Kennedy,* for plaintiff-appellee. *Higgins, Cavanagh & Cooney, John T. Walsh, Jr.,* for defendant-appellant.

APPEAL No. 74-173. VOGUE RING CREATIONS, INC. v. JOEL WISHENGRAD. Motion of defendant-appellee to affirm judgment entered in Superior Court pursuant to Rule 16 (g) denied. *Herbert J. Abedon,* for plaintiff-appellant. *Jackvony & De Conti, Louis V. Jackvony, Jr., Daniel J. Donovan,* for defendant-appellee.

APPEAL No. 74-204. HERBERT GERMANO *et al.* v. DONALD B. CAMPBELL. Motion of defendant-appellee to affirm judgment entered in Superior Court pursuant to Rule 16 (g) denied. *Aram K. Berberian,* for appellants. *Leonard A. Kiernan, Jr.,* for appellee.

November 22, 1974.

C. A. No. 73-243. STATE v. ARTHUR FALES. Motion of defendant to reassign, which is scheduled for argument on December 3, 1974, is granted and the argument is reassigned to February 3, 1975. *Richard J. Israel,* Attorney General, for plaintiff. *Raymond J. Daniels,* for defendant.